# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

           Plaintiff,      :      Case No. 3-22-cv-16

  - vs -                         District Judge Thomas M. Rose
                                   Magistrate Judge Michael R. Merz

BARBARA P. GORMAN, et al.,

                                :

           Defendants.

## DECISION AND ORDER DENYING MOTION TO STAY PROCEEDING PENDING APPEAL

      This case, brought *pro se* by Plaintiff Derek Folley, is before the Court on Plaintiff's Motion pursuant to Fed.R.Civ.P. 62 to stay these proceedings pending an appeal to the Sixth Circuit (ECF No. 97).

      Plaintiff has no pending appeal and he does not indicate what ruling of this Court he intends to appeal.  There is no interlocutory order of this Court which grants or refuses to grant injunctive relief and thus could be appealed under 28 U.S.C. § 1292 nor has any final judgment been entered.

      Accordingly Plaintiff is not entitled to a stay of proceedings under Fed.R.Civ.P. 62 and his Motion for that relief is DENIED.

March 25, 2022.

                                                                       s/ *Michael R. Merz*
                                                              United States Magistrate Judge