# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

    Plaintiff,                                      :         Case No. 3:22-cv-16

- vs -                                                   District Judge Thomas M. Rose
                                                          Magistrate Judge Michael R. Merz

BARBARA P. GORMAN, et al.,
                                                 :

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 71) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is hereby ORDERED that the complaint is DISMISSED without prejudice to the merits of Plaintiff's asserted constitutional violations. Because reasonable jurists would not disagree with this conclusion, the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore Plaintiff should not be permitted to proceed *in forma pauperis.*

       Pursuant to Fed. R. Civ. P. 58, the Clerk shall enter judgment to this effect.

April 5, 2022.

                                                                       s/Thomas M. Rose
                                                                          Thomas M. Rose
                                                                    United States District Judge