# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DEREK FOLLEY,

    Plaintiff,                                      :                  Case No. 3:22-cv-16

- vs -                                                      District Judge Thomas M. Rose
                                                              Magistrate Judge Michael R. Merz

BARBARA P. GORMAN, et al.,

                                                       :

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

       The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 110) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

       Accordingly, it is hereby ORDERED that Plaintiff's Motion for Recusal of Magistrate Judge [sic] Thomas M. Rose (ECF No. 109) is DENIED.

       This case shall remain terminated on the docket.

May 12, 2022.

                                                                         s/Thomas M. Rose

                                                                       Thomas M. Rose
                                                               United States District Judge